```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 43433
   WILLIE B NORMAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6000

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/23/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 08/11/2008.
------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                  PAID             PAID
------------------------------------------------------------------------
JPMORGAN CHASE BANK/BANK   SECURED                  .00            .00              .00
BANK ONE                   UNSECURED          NOT FILED            .00              .00
CAPITAL ONE AUTO FINANCE   SECURED              4000.00         431.07          4000.00
CAPITAL ONE AUTO FINANCE   UNSECURED            3523.90            .00           352.39
ROBERT J ADAMS & ASSOC     PRIORITY          NOT FILED            .00              .00
CAPITAL ONE                UNSECURED          NOT FILED            .00              .00
CITY OF CHICAGO PARKING    UNSECURED             500.00            .00            50.00
CAPITAL ONE                UNSECURED          NOT FILED            .00              .00
COMMONWEALTH EDISON        UNSECURED             539.74            .00            53.97
COMCAST                    UNSECURED          NOT FILED            .00              .00
B-LINE/CROSS COUNTRY       UNSECURED            2620.00            .00           262.00
GMAC                       NOTICE ONLY        NOT FILED            .00              .00
MCI RESIDENTIAL SERVICES   UNSECURED          NOT FILED            .00              .00
MERCY HOSPITAL             UNSECURED          NOT FILED            .00              .00
CAPITAL ONE                UNSECURED          NOT FILED            .00              .00
SECRETARY OF STATE         UNSECURED          NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED                 .00            .00              .00
QUEST DIAGNOSTICS          UNSECURED          NOT FILED            .00              .00
SECRETARY OF STATE         UNSECURED          NOT FILED            .00              .00
JEWEL OSCO  US BANK        UNSECURED          NOT FILED            .00              .00
ECMC                       UNSECURED           10006.73            .00          1000.67
ROBERT J ADAMS & ASSOC     REIMBURSEMENT        210.00            .00            210.00
JPMORGAN CHASE BANK/BANK   UNSECURED            5508.07            .00           550.81
ROBERT J ADAMS & ASSOC     DEBTOR ATTY         2,200.00                         2,200.00
TOM VAUGHN                 TRUSTEE                                                558.75
DEBTOR REFUND              REFUND                                                 223.13

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   9,892.79
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 43433 WILLIE B NORMAN

```
PRIORITY                                                      210.00
SECURED                                                     4,000.00
    INTEREST                                                  431.07
UNSECURED                                                   2,269.84
ADMINISTRATIVE                                              2,200.00
TRUSTEE COMPENSATION                                          558.75
DEBTOR REFUND                                                 223.13
                                   ---------------    ---------------
TOTALS                                    9,892.79           9,892.79
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/20/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE